UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

In re:

                                     **3- MDL-1570 (GBD)(SN)**

    **TERRORIST ATTACKS ON**
    **SEPTEMBER 11, 2001**

------------------------------------------------------------------X

Richard Fontanes

Samuel Fontanez                                 **1:18-cv-11983 (GBD)(SN)**

Fidel Fonteboa

Anthony Formisano                        **SAUDI ARABIA SHORT FORM**

Kruythoff Forrester                      **COMPLAINT AND DEMAND**

Cynthia Fortner                             **FOR TRIAL BY JURY**

Randy Foss

Thomas Fox

Ismael Frade

Jeff Francan

Chante Franceschi

Charles Francis

Willie Francis

Annette Francis

Eduardo Franco

Mark Franks

Albert Franzone

Patrick Frawley

Manuel Freytes

Flavio Freire

Juan Frias

Deloris Frierson

Philip Froehle

David Funk

Joseph Fusco

Joyce Fussell

Donna Gabriele

Ralph Gagliano

Joseph Gaglioti

Robert Gago

Christopher Gallagher

Victor Gallegos

Joseph Gallo

Michael Gallo

Illa Galloway

Tricia Galvin

Edgar Galvis

Carmelo Gambacorta

Anthony Gambardella

Erroll Gant

Carlos Garcia

Fernando Garcia

Johann Garcia

Denise Garcia

Edwin Garcia

Juan Garcia

Sixta Garcia

Michael Gargan

Emanuel Garofalo

Michael Garritano

Michael Gaspar

Blanca Gavidia

Marco Gavilanes

John Gaynor

Kenneth Gazzani

Gerard Geary

Roosevelt Gee

William Geerlings

William Geiger

James Geissler

Mitchell Geist

Martin Gengerke

Jose George

George Leavey

George Georgiadis

Michael Gerard

Anna Gerena

Gary Gersitz

Douglas Gertz

Ronald Ghiraldi

Frank Giacalone

James Giacalone

Paul Giambona

Christopher Giannetti

Tadeusz Gielarowiec

Michael Giganti

Charles Giglia

Claudia Gil

German Gil

John Gilburn, Jr.

James Gilroy

Wilberto Gonzalez

Adem Hot

Ronald  Hovey

Jan Kurzaj

Zdzislaw Janik

Douglas Jenkins

Robert Jersey

Alberto Jimenez

John Mark

Charles Johnson

John Jordan

Danny Joseph

Val Kaganas

Maurice Kahn

Jason Kalter

George Kambosoulis

Michael P. Keenan

Steven Kennedy

Ralph Khealie

## PLAINTIFFS,

V.

## KINGDOM OF SAUDI ARABIA

### DEFENDANT

---------------------------------------------------------------X

Plaintiffs named herein by and through the undersigned counsel file this Short Form Complaint against Defendant, the Kingdom of Saudi Arabia, arising out of the September 11, 2001 terrorist attacks ("September 11, 2001 Terrorist Attacks"), as permitted and approved by the Court's Order of July 10, 2018, ECF N. 4540. Each Plaintiff incorporates by reference the specific allegations, as indicated below, of (a) the Consolidated Amended Complaint as to the Kingdom of Saudi Arabia, ECF No. 3463, or (b) the Complaint Against the Kingdom of Saudi Arabia, Ashton v. Kingdom of Saudi Arabia, No. 17-CV-2003 (GBD)(SN) (S.D.N.Y. Mar. 30, 2017), ECF No. 1.

Upon filing this Saudi Arabia Short Form Complaint, each Plaintiff is deemed to have adopted all factual and jurisdictional allegations of the complaint that has been joined as specified below; all prior filings in connection with that complaint; and all prior Orders and rulings of the Court in connection with that complaint.

## VENUE

1.      Venue in this district is proper pursuant to 28 U.S.C. §§ 1391(b)(2) and 1391(f)(1), as a substantial part of the events giving rise to the claims asserted herein occurred in this district. Venue is also proper in this district pursuant to 18 U.S.C. § 2334(a).

4

## JURISDICTION

2.      Jurisdiction is premised on the grounds set forth in the complaints specified

below, and further, jurisdiction of this Saudi Arabia Short Form Complaint is premised upon

and applicable to all defendants in this action:

[X]      28. U.S.C. § 1605(a)(5) (non-commercial tort exception)

[X]      28 U.S.C. § 1605B (Justice Against Sponsors of Terrorism Act)

[X]      28 U.S.C. § 1330 (actions against foreign states)

[ ]      Other (set forth below the basis of any additional ground for jurisdiction and

     plead such in sufficient detail as per the FRCP):

_____

_____

## CAUSES OF ACTION

3.      Each Plaintiff hereby adopts and incorporates herein by reference the

following factual allegations, jurisdictional allegations, and jury trial demand in the following

complaint [**check only one complaint**] and the following causes of action set forth in that

complaint:

[X]      **Consolidated Amended Complaint as to the Kingdom of Saudi Arabia,
         ECF No. 3463 (check all causes of action that apply)**

     [X]      COUNT I – Aiding and Abetting and Conspiring with Al Qaeda to
              Commit the September 11th Attacks upon the United States in violation
              of 18 U.S.C. § 2333(d) (JASTA).

     [X]      COUNT II – Aiding and Abetting and Conspiring with Al Qaeda to
              Commit the September 11th Attacks upon the United States in violation
              of 18 U.S.C. § 2333(a).

     [X]      COUNT III – Committing Acts of International Terrorism in violation

of 18 U.S.C. § 2333.

[  ]    COUNT IV – Wrongful Death.

[X]    COUNT VI – Alien Tort Claims Act.

[X]    COUNT VII – Assault and Battery.

[X]    COUNT VIII – Conspiracy.

[X]    COUNT IX – Aiding and Abetting.

[X]    COUNT X – Intentional Infliction of Emotional Distress.

[X]    COUNT XII – Liability Pursuant to Restatement (Second) of Torts §
        317 and Restatement (Third) of Agency § 7.05: Supervising Employees
        and Agents.

[X]    COUNT XIII – Liability Pursuant to Restatement (Second) of Torts §
        317 and Restatement (Third) of Agency § 7.05: Hiring, Selecting, and
        Retaining Employees and Agents.

[X]    COUNT XIV – 18 U.S.C. § 1962(a)–(d) – CIVIL RICO.

[X]    COUNT XV – Trespass.

[X]    COUNT XVI – Violations of International Law.

[  ]    **Complaint Against the Kingdom of Saudi Arabia, <u>Ashton v. Kingdom of
        Saudi Arabia</u>, No. 17-CV-2003 (GBD)(SN) (S.D.N.Y. Mar. 30, 2017),
        ECF
        No. 1 (check all causes of action that apply)**

        [  ]    First Cause of Action to Recover Wrongful Death Damages Pursuant to 28
                U.S.C. § 1605B (the Justice Against Sponsors of Terrorism Act or JASTA) and
                18 U.S.C. § 2333 *et seq.* (the Anti-Terrorism Act or ATA)

        [  ]    First Cause of Action to Recover Personal Injury Damages Pursuant to 28
                U.S.C. § 1605B (the Justice Against Sponsors of Terrorism Act or
                JASTA) and 18 U.S.C. § 2333 *et seq.* (the Anti-Terrorism Act or ATA)

        [  ]    Second Cause of Action for Wrongful Death Damages Pursuant to State
                Tort Law

        [  ]    Second Cause of Action for Personal Injury Damages Pursuant to State
                Tort Law

        [  ]    Third Cause of Action for Wrongful Death Damages Pursuant to the Alien
                Tort Claims Act

6

[ ]    Third Cause of Action for Personal Injury Damages Pursuant to the Alien
Tort Claims Act

[ ]    Each Plaintiff asserts the following additional theories and/or Causes of Action
against the Kingdom of Saudi Arabia:

_____

_____

_____

## IDENTIFICATION OF PLAINTIFFS

4.    The following allegations and information are alleged on behalf of each

individual who is bringing this claim, as indicated on Appendix 1 to this Saudi Arabia

Short Form Complaint, herein referred to as "Plaintiffs."

a.    The citizenship/nationality of each Plaintiff is indicated at Appendix 1 to
this Saudi Arabia Short Form Complaint.

b.    Plaintiff is entitled to recover damages on the causes of action set forth in
this Saudi Arabia Short Form Complaint.

c.    As indicated at Appendix 1, Plaintiff (i) is the estate representative of
someone who was killed as a result of the September 11, 2001 Terrorist
Attacks; (ii) is the surviving immediate family member of someone who
was killed as a result of the September 11, 2001 Terrorist Attacks; and/or
(iii) suffered physical injuries as a result of the September 11, 2001
Terrorist Attacks.

d.    For those plaintiffs with personal injury claims, as indicated in Appendix 1,
on or after September 11, 2001, said Plaintiff was present at the Pentagon
and/or the World Trade Center site and/or its surroundings and/or lower
Manhattan and/or at an area wherein he/she was exposed to toxins as a
result of the terrorist attacks and was exposed to toxins from the attacks,
and/or was otherwise injured, and/or as otherwise alleged, as stated
specifically in Appendix 1.

e.    For those plaintiffs with personal injury and/or wrongful death claims, as
indicated in Appendix 1, as a direct, proximate and foreseeable result of
Defendant's actions or inactions, Plaintiff or his or her decedent suffered
bodily injury and/or death, and consequently economic and other losses,
including but not limited to pain and suffering, emotional distress,
psychological injuries, and loss of enjoyment of life, and/or as described in
the Saudi Arabia Short Form Complaint, and/or as otherwise may be

specified in subsequent discovery proceedings, and/or as otherwise alleged in Appendix 1.

f.  The name, relationship to the injured and/or deceased September 11 victim, residency, citizenship/nationality, and the general nature of the claim for each plaintiff asserting wrongful death and/or solatium claims is listed on the attached Appendix 1, and is incorporated herein as allegations, with all allegations of the related complaints, as specified above, deemed alleged as to each Plaintiff.

## IDENTIFICATION OF THE
## DEFENDANT

5.  The Defendants named in this Saudi Arabia Short Form Complaint are the Kingdom of Saudi Arabia and the Saudi High Commission for Relief of Bosnia & Herzegovina.

## NO WAIVER OF OTHER CLAIMS

6  By filing this Saudi Arabia Short Form Complaint, Plaintiff(s) is/are not waiving any right to file suit against any other potential defendants or parties.

7.  By filing this Saudi Arabia Short Form Complaint, Plaintiff(s) are not opting out of any class that the Court may certify in the future.

## JURY DEMAND

8.  Each Plaintiff hereby demands a trial by jury as to the claims in this action.

WHEREFORE, Plaintiffs pray for relief and judgment against Defendant as set forth in this Saudi Arabia Short Form Complaint as appropriate.

Dated: 12/18/2018

Respectfully Submitted on behalf of the Plaintiffs,

By: Kevin Wang, Esq.
The Marc J. Bern & Partners, LLP
60 East 42nd Street, Suite 932
New York, NY 10165
Tel: 212-552-9205
Fax: 212-227-4141
Email: kwang@bernllp.com
Counsel for Plaintiff(s)

Defendant:
**KINGDOM OF SAUDI ARABIA**
c/o Michael K. Kellogg, Esq.
Kellogg, Hansen, Todd, Figel & Frederick, L.L.C.
*Attorneys for Kingdom of Saudi Arabia*
1615 M Street N.W. Suite 400
Washington, DC 20036-3215
Tel: 202-326-7900